**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-1674**

_____

BISMARK KWAKU TORKORNOO,

           Plaintiff - Appellant,

      v.

NINA HELWIG, Esq.; JOHN C. MONAHAN, Esq.; MARY TORKORNOO;
JACQUELINE EMANGA NGOLE, Esq.,

           Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt.
Theodore D. Chuang, District Judge. (8:15-cv-02652-TDC)

_____

Submitted: August 17, 2017                           Decided: August 25, 2017

_____

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Bismark Kwaku Torkornoo, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bismark Kwaku Torkornoo seeks to appeal the district court's order granting in part and denying in part his motion to enforce this Court's judgment and mandate. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Torkornoo seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*